# EXHIBIT A



Mail - Peter Weitz - Outlook — Page 1 of 1

## Mail

decaprio

○ New | Delete   Archive   Junk |   Sweep   Move to   Categories            Undo

○ Exit search

**Sent Items**

**Weitz ?**

In folders
All folders
Inbox
Sent Items

Date
- All
- This week
- Last week
- This month
- Select range

From: Sat 9/30/2017
To: Sat 9/30/2017

**Peter DeCaprio** <pdecaprio@crowpointpartne
You and I will speak first. Sent w...                    Tue 1/10/2017 4:12 AM

**Peter Weitz**
1/10/2017
No problem

**Peter Weitz**
Should I call Garrett?                                  Tue 1/10/2017 4:11 AM

**Peter Weitz**
Sounds good!                                            Thu 1/12/2017 9:17 AM

**Peter DeCaprio** <pdecaprio@crowpointpartner
                                                        Reply |
1/10/2017
Peter Weitz; Robert Bernstein

Inbox

Boys:

Our burgeoning 401k business has another solid prospect. Peter, you and I should speak to Garrett about this. Robert for your benefit, we are in the middle stages of getting our wealth management business set up. We will use Garrett's ADV for it as it is already set up with the necessary infrastructure in place. We will use Raymond James as a platform. The assets we have circled from one independent platform are in motion our way as are the assets from Ameriprise. The Ameriprise team is aiming for a March 1 start date. Peter it might be best to start with your business first. I will call you today.

-----Original Message-----
From: Garrett Paolella [mailto:gpaolella@reconfunds.com]
Sent: Monday, January 09, 2017 8:37 PM
To: Peter DeCaprio <pdecaprio@crowpointpartners.com>
Subject: Weitz ?

Is he onboard to move over to us too? If so, I have my uncles 401k to walk him into. 100+ employees and Co has been around almost 15 years. Should be a big one.

I think I have another handful of good ones for him too. I never tapped the 401k market so he can have all our relationships. (E.g MKM Partners)

Best regards,

Garrett Paolella

(handwritten annotation: "Fusion  Sarcos  garrett P.")

Peter DeCaprio
Congratulations on being named          8/4/2017
Sweet! Sent from my iPhone On Aug 4, 2...

Older

Peter DeCaprio
3Q Fact Sheet                           7/26/2017
From: Joe Bruns [mailto:Joseph Bruns@sl...

Lucas, Jason P
Paychex Retirement Services             7/25/2017

Peter Weitz - Outlook

Page 1 of 1

Reply |     Delete    Junk |

# (No subject)



Peter DeCaprio <pdecaprio@crowpointpartners.com>     Reply |
1/18/2017
Peter Weitz

You replied on 1/18/2017 12:12 PM.

Can you send me your p&l or projection for 2017?  Putting together our RIA model for Garrett. If you could also break out assets by wealth mgnt vs 401k would be helpful.  And if you would like cash to prepay Jason how much.  Also what payout ratio you'd like for yourself.

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

# FW: follow up

 **Peter Weitz**                                                                       Reply |
4/13/2017
Peter DeCaprio <pdecaprio@crowpointpartners.com>

Metlife Letter to plan sp...          Metlife Less than 100M....
348 KB                                479 KB

2 attachments (827 KB)   Download all

We need to come up with a plan with Omar & Co. on how to attack this list

-----Original Message-----
From: Jones, Eric [mailto:Eric.Jones@cunamutual.com]
Sent: Thursday, April 13, 2017 2:31 PM
To: Peter Weitz
Subject: RE: follow up

See attached



Eric M. Jones
Regional Vice President
CUNA Mutual Retirement Solutions
CUNA Mutual Group
(C) (561) 531-3805 | (F) (772) 245-8252
eric.jones@cunamutual.com


Internal Partner:

Mary Williams, CRPS®
Regional Sales Consultant
CUNA Mutual Retirement Solutions
CUNA Mutual Group
(C) (757) 510-3465 | (O) (608) 665-6402
mary.williams@cunamutual.com


People driven. Outcome focused.®

Securities distributed by CUNA Brokerage Services, Inc. (CBSI), member FINRA/SIPC, a registered
broker/dealer. Non-deposit investment and insurance products are not federally insured, involve