# EXHIBIT B

# (No subject)



**Steve Weitz**
Mon 9/25
sweitz8484@aol.com

↶ Reply

Copy of Passwords.xlsx
17 KB

401K list.docx
19 KB

2 attachments (36 KB)   Download all



**Steven Weitz, CRPC®**
**Chartered Retirement Planning Counselor**
Fusion Analytics Investment Partners, LLC
First Vice President-Investments
5571 North University Drive #104
Coral Springs, FL. 33067

Phone 954-345-2888
Fax 954-344-9299
Toll Free 877-945-2888

sweitz@fusioninvest.com

Purshe Kaplan Sterling Investments ▪ 18 Corporate Woods Blvd ▪ Albany, New York  12211

This message contains confidential information and is intended for the recipient. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Email transmission cannot be certified to be secure or error-free as information could be intercepted, corrupted, lost,

# (No subject)



Steve Weitz
9/20/2017
sweitz8484@aol.com

PKSLST1.xlsx
26 KB

Download



**Steven Weitz, CRPC®**
**Chartered Retirement Planning Counselor**
Fusion Analytics Investment Partners, LLC
First Vice President-Investments
5571 North University Drive #104
Coral Springs, FL. 33067

Phone 954-345-2888
Fax 954-344-9299
Toll Free 877-945-2888

sweitz@fusioninvest.com

Purshe Kaplan Sterling Investments • 18 Corporate Woods Blvd • Albany, New York 12211

This message contains confidential information and is intended for the recipient. If you are no intended recipient you are notified that disclosing, copying, distributing or taking any action i reliance on the contents of this information is strictly prohibited. Email transmission cannot b certified to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accep