# EXHIBIT C

# BARITZ & COLMAN LLP

ATTORNEYS AT LAW
The Woolworth Building
233 Broadway, Suite 2020
New York, New York 10279

212.886.1693 (phone)
212.886.1694 (fax)
www.baritzcolman.com

DAVID S. RICHAN
drichan@baritzcolman.com
Direct Dial: 646.884.6206

OFFICES IN FLORIDA, NEW YORK & MARYLAND

September 28, 2017

**Via Certified Mail RRR & Email**
Mr. Peter Weitz
4208 NE 21st Avenue
Fort Lauderdale, FL 33308
Peter.weitz@icloud.com

Mr. Steven Weitz
12313 NW 10th Drive
Coral Springs, FL 33071
Teve8484@aol.com

## DEMAND TO CEASE AND DESIST
### (Breach of Employment Agreement, Violations of State and Federal Law and FINRA Rules)

Dear Messrs. Weitz and Weitz:

We represent Fusion Analytics Investment Partners LLC. You were employed by Fusion as registered investment advisors until September 25, 2017. Your employment at Fusion is governed by the terms of an Employment Agreement. Moreover, as registered advisors, you were and remain bound by the Rules of FINRA, as well as applicable state and federal law.

You have stolen confidential and proprietary client information belonging to Fusion. Your conduct violates the express terms of your Employment Agreements, established FINRA Rules, and applicable civil and criminal laws.

On behalf of Fusion, we hereby demand that you cease and desist immediately from your unlawful conduct. Unless you immediately desist from such unlawful conduct, Fusion has instructed us to take all appropriate action against you and your employer, Wealth Bridge Solutions LLC, and Wealth Bridge's principals. Moreover, you are obligated immediately to advise your clients that any further contact with them violates binding, written agreements to which you are a party, as well as state and federal law.

Messrs. Peter and Steven Weitz            Page 2
September 28, 2017

### A. Violations of Express Terms of Employment Agreement

Upon the termination of your employment with Fusion, you were bound by the restrictive covenants in your Employment Agreements, including Section 10, which provides, in relevant part:

- A. The parties hereby acknowledge that the employee shall have extensive contact with clients of Fusion as well as numerous "referring sources." Furthermore, the parties acknowledge that the employee shall have access to other confidential information relating to Fusion's business and operations.
- B. The parties acknowledge that:

  (i)     All of the foregoing information constitutes confidential information;

  ...

  (iv)     The confidential information is solely owned by Fusion;

- C. In view of the foregoing, it is expressly agreed that during the period of this agreement, <u>and for a period of two (2) years thereafter, Employee shall not solicit, contact or accept any clients from any "sources" during the term of this agreement. Employee shall take no action which may or might disturb the existing business relationship of Fusion with any client.</u> (Emphasis added.)

In direct violation of the express provisions of your Employment Agreements, you have not only "disturbed" the existing business relationships of Fusion with numerous clients, you have also willfully and knowingly caused permanent and continuing damage to such relationships. Moreover, you removed from Fusion's offices the physical files representing the 401(k) accounts of over 75 Fusion clients.

Fusion is in possession of a wealth of documentary evidence of your unlawful conduct, including:

1. screenshots showing unauthorized computer downloads of client information on your final day of employment;
2. evidence of "computer wiping" software;
3. electronic evidence of you having accessed and downloaded confidential client account information;
4. evidence of financial compensation for "selling away" from the Firm, in violation of securities laws; and
5. emails you sent to your personal email addresses containing passwords, log-in credentials, and Fusion software providing access to Fusion's confidential and proprietary client information.

Messrs. Peter and Steven Weitz  
September 28, 2017

Page 3

It has also come to Fusion's attention that you have joined Wealth Bridge, of which Brian Rice is principal. Fusion introduced you to Mr. Rice. Accordingly, Mr. Rice is a "referring source" under the terms of the Agreements, and you are strictly prohibited from competing with Fusion by joining Wealth Bridge.

Your conduct has caused and continues to cause substantial loss and irreparable harm to Fusion. Under Section 10(C) of your Employment Agreements, you expressly consent to injunctive relief against such conduct. Under Section 10(E) of your Agreements, you also agree to pay all legal fees incurred by Fusion in enforcing these provisions. If you fail to comply immediately with this demand letter, Fusion has instructed us to seek injunctive relief and damages. You will be responsible for all of Fusion's legal expenses.

### B. Violations of Federal Criminal Laws

Upon your departure from Fusion, you fraudulently misappropriated proprietary and confidential account information belonging to Fusion's clients, including, but not limited to, names, account numbers, tax identification numbers, asset balances and 401(k) account information. Such conduct constitutes a felony under the federal Economic Espionage Act of 1996, 18 U.S.C. § 1831, *et seq*. *See United States v. Genovese*, 409 F. Supp. 2d 253 (S.D.N.Y. 2005). *See also Leo Silfen Inc. v. Cream*, 29 N.Y. 387 (1972) (customer list constitutes "trade secret").

On behalf of Fusion, we hereby demand that you immediately return to Fusion all property belonging to Fusion, including documents and information relating to client accounts, and immediately desist from all use of Fusion's property, including any information proprietary and confidential to Fusion contained therein, including confidential client documents and information.

### C. Violations of FINRA Rules

Additionally, Fusion has now become aware that while employed by the Firm, you engaged in undisclosed outside business activities, including the sale of securities, insurance and other products away from Fusion to Fusion clients, without disclosing such activities to the firm or the appropriate regulators. Such conduct violates the express terms of FINRA Rule 3270, as well as other FINRA provisions.

### D. Demand for Litigation Hold

You are hereby directed to preserve all documents and data related to your employment at Fusion, including, but not limited to, documents and information relating to client accounts. Pursuant to state and federal law, we expect that any documents and/or emails related to these

Messrs. Peter and Steven Weitz  
September 28, 2017

Page 4

subjects will not be deleted, destroyed or overwritten. Furthermore, please be advised that the falsification of documents and other evidence constitutes a crime.

### E. Conclusion

Unless, within 24 hours of your receipt of this letter, Fusion receives all property that was stolen from Fusion, including the client documents and information referred to above, and receives a sworn statement from you attesting to the same, we are authorized to take all appropriate legal action against you to protect and enforce Fusion's rights.

This letter shall not constitute a waiver of any rights, claims or causes of action that Fusion may have against you, Wealth Bridge, and/or Wealth Bridge's principals.

Very truly yours,

David S. Richan

cc: Mr. Joseph Conte (via electronic mail)  
Mr. Brian Rice (via electronic mail)