AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FUSION ANALYTICS INVESTMENT PARTNERS LLC, <br><br> *Plaintiff(s)* <br> v. <br> WEALTH BRIDGE SOLUTIONS, LLC, PETER WEITZ, STEVEN WEITZ, and BRIAN RICE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  **17-CV-61947-Gayles/Seltzer** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wealth Bridge Solutions LLC
c/o Registered Agents Inc.
3030 N. Rocky Point Drive, Suite 150A
Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 04, 2017**

Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FUSION ANALYTICS INVESTMENT PARTNERS LLC, <br><br> *Plaintiff(s)* <br> v. <br> WEALTH BRIDGE SOLUTIONS, LLC, PETER WEITZ, STEVEN WEITZ, and BRIAN RICE, <br><br> *Defendant(s)* | Civil Action No. 17-CV-61947-Gayles/Seltzer |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter Weitz
4208 NE 21st Avenue
Fort Lauderdale, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 04, 2017**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FUSION ANALYTICS INVESTMENT PARTNERS LLC, <br><br> *Plaintiff(s)* <br> v. <br> WEALTH BRIDGE SOLUTIONS, LLC, PETER WEITZ, STEVEN WEITZ, and BRIAN RICE, <br><br> *Defendant(s)* | Civil Action No. 17-CV-61947-Gayles/Seltzer |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven Weitz
12313 NW 10th Drive
Coral Springs, FL 33071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **October 04, 2017**



Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FUSION ANALYTICS INVESTMENT PARTNERS LLC, <br><br> *Plaintiff(s)* <br> v. <br> WEALTH BRIDGE SOLUTIONS, LLC, PETER WEITZ, STEVEN WEITZ, and BRIAN RICE, <br><br> *Defendant(s)* | Civil Action No. 17-CV-61947-Gayles/Seltzer |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Rice
c/o Wealth Bridge Solutions, LLC
111 S.W. Fifth Avenue, Suite 1940
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **October 04, 2017**



Steven M. Larimore
Clerk of Court

s/L. Harris
Deputy Clerk
U.S. District Courts