UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FUSION ANALYTICS INVESTMENT
PARTNERS, LLC,

    Plaintiff,

v.

WEALTH BRIDGE SOLUTIONS, LLC,
PETER WEITZ, STEVEN WEITZ, and
BRIAN RICE,

    Defendants.
_____/

CASE NO.: 17-CV-61947-GAYLES

## DEFENDANT WEALTH BRIDGE SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, WEALTH BRIDGE SOLUTIONS, LLC ("**Defendant**"), by and through undersigned counsel, hereby files this Corporate Disclosure Statement pursuant to the provisions of Federal Rule of Civil Procedure 7.1.

1.    Defendant states that its parent corporation is Wealth Bridge Holdings Corporation. Defendant states that there is no publicly traded corporation owning 10% or more of the stock of Defendant.

**DATED** this 4th day of October, 2017.

    Respectfully submitted,

    s/ Kelly H. Kolb
    Kelly H. Kolb, Esq.
    Florida Bar Number: 0343330
    kelly.kolb@bipc.com
    Mary Beth Ricke
    Florida Bar No: 107213
    marybeth.ricke@bipc.com
    **BUCHANAN INGERSOLL & ROONEY PC**
    401 East Las Olas Boulevard, Suite 2250
    Fort Lauderdale, FL 33301

        Telephone: (954) 703-3944
        Facsimile: (954) 703-3939
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this the 4th day of October, 2017, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the Service List below.

## SERVICE LIST

Andrew Thomson, Esq.
Neil S. Baritz, Esq.
BARITZ & COLMAN LLP
1075 Broken Sound Parkway NW, Suite 102
Boca Raton, Florida 33487
nbaritz@baritzcolman.com
athomson@baritzcolman.com

        s/ Kelly H. Kolb
        Kelly H. Kolb, Esq.